# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81684-RLR

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

EZPAWN FLORIDA INC., a Foreign Profit Corporation, and 4606 AUSTRALIAN LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## NOTICE OF VERBAL SETTLEMENT

The undersigned counsel hereby files this Notice of Verbal Settlement and gives Notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly hereafter.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:19-cv-81684-RLR

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

EZPAWN FLORIDA INC., a Foreign Profit Corporation, and 4606 AUSTRALIAN LLC, a Florida Limited Liability Company,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 21, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                 By: *Ronald E. Stern*
                                                 Ronald E. Stern, Esq.
                                                 Florida Bar No. 10089
                                                 THE ADVOCACY LAW FIRM, P.A.
                                                 1250 E. Hallandale Beach Blvd.
                                                 Suite 503
                                                 Hallandale Beach, Florida 33009
                                                 Telephone:  (954) 639-7016
                                                 Facsimile:   (954) 639-7198
                                                 Attorney for Plaintiff