# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81684-RLR

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

EZPAWN FLORIDA INC., a Foreign Profit
Corporation, and 4606 AUSTRALIAN LLC,
a Florida Limited Liability Company

    Defendant(s).

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, EZPAWN FLORIDA INC. and 4606 AUSTRALIAN LLC (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

By: *Carri S. Leininger*
Carri S. Leininger, Esq.
Florida Bar No. 0861022
Williams, Leininger & Cosby
11300 US Highway 1, Suite 300
North Palm Beach, FL 33408
Telephone:  561-615-5666
Facsimile:  561-615-9606
Email:  eservice@wlclaw.com
Attorney for Defendant, 4606 AUSTRALIAN LLC

By: *Brett P. Owens*
Brett P. Owens, Esq.
Florida Bar No.0112677
FISHER & PHILLIPS LLP
101 E. Kennedy Blvd., Suite 2350
Tampa, FL 33602
Tel: (813) 769-7500
Fax: (813) 769-7501
Email: bowens@fisherphillips.com
Attorney for Defendant, EZPAWN FLORIDA INC.

By**:** *Theresa M. Gallion*
Theresa M. Gallion, Esq.
Florida Bar No.: 0726801
Cornell Smith Mierl Brutocao Burton, LLP
1607 West Avenue
Austin, Texas 78701
Tel: 512 328 1540
Email: tgallion@cornellsmith.com
Attorney for Defendant, EZPAWN FLORIDA INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81684-RLR

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

EZPAWN FLORIDA INC., a Foreign Profit
Corporation, and 4606 AUSTRALIAN LLC,
a Florida Limited Liability Company

    Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 20, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    By: *Ronald E. Stern*
    Ronald E. Stern, Esq.
    Florida Bar No. 10089
    THE ADVOCACY LAW FIRM, P.A.
    1250 E. Hallandale Beach Blvd.
    Suite 503
    Hallandale Beach, Florida 33009
    Telephone:   (954) 639-7016
    Facsimile:   (954) 639-7198
    Attorney for Plaintiff